UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TINA TREVINO,                       )
                                    )   No.  CV-10-5062-JPH
                Plaintiff,          )
                                    )   ORDER GRANTING STIPULATED
v.                                  )   MOTION FOR REMAND
                                    )
MICHAEL J. ASTRUE,                  )   (Ct. Rec. 20)
Commissioner of Social              )
Security,                           )
                                    )
                Defendant.          )

BEFORE THE COURT is the parties' stipulated motion to remand
this case to the Commissioner for further administrative
proceedings (**Ct. Rec. 20**). David L. Lybbert represents plaintiff.
Special Assistant United States Attorney Richard A. Morris
represents defendant. The parties have consented to proceed before
a magistrate judge (Ct. Rec. 8).

After considering the stipulated motion (Ct. Rec. 20),
**IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and
REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for
further administrative proceedings, including:

1. The ALJ will conduct a new hearing and issue a new
decision.

2. The ALJ will update the medical evidence by ordering a
consultative psychological examination; evaluate Dr. Orr's opinion
and explain the weight, if any, it is given; in light of the

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

expanded record, evaluate plaintiff's mental impairments to determine of they are severe and what limitations they may cause; reevaluate plaintiff's RFC; determine if daycare business earnings were SGA and if the work constitutes past relevant work, and obtain vocational expert testimony as to plaintiff's ability to perform her past work or other work at steps four and five.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

**IT IS FURTHER ORDERED**:

1. The parties' stipulated motion for an order of remand (Ct. Rec. 20) is **GRANTED.**

2. Judgment shall be entered for **PLAINTIFF.**

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED**.

**DATED** this 9th day of May, 2011.


                                    ___s/James P. Hutton___
                                    JAMES P. HUTTON
                          UNITED STATES MAGISTRATE JUDGE




ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2